```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                     :
JOSE SEVERINO, *individually and on behalf of others*   :
*similarly situated*,                                      :
                                                     :       1:20-cv-7235-GHW
                                      Plaintiff,     :
                                                     :              <u>ORDER</u>
                      -against-                 :
                                                     :
KIANELY WINES & LIQUORS INC. d/b/a         :
KIANELY WINE & LIQUOR STORE,               :
EULOGIO ESPINAL, and MIRIAM ESPINAL,    :
                                                     :
                                    Defendants.   :
                                                     :
-------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

        Plaintiff commenced this action on September 4, 2020, alleging violations of the Fair Labor Standards Act and the New York Labor Law. Dkt. No. 1. Defendants Eulogio Espinal and Miriam Espinal were served on September 11, 2020. Dkt. Nos. 10-11. The deadline for those defendants to answer the complaint was October 2, 2020. Dkt. Nos. 10-11. Defendant Kianely Wines & Liquors was served on September 17, 2020. Dkt. No. 12. The deadline for that defendant to answer the complaint was October 8, 2020. *Id.*

        Plaintiff is directed to submit a letter to the Court regarding the status of this case by no later than October 28, 2020. Plaintiff is further directed to serve this order on all defendants and file proof of service on the docket.

        SO ORDERED.

Dated: October 26, 2020
         New York, New York
                                                                GREGORY H. WOODS
                                                              United States District Judge