UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SEVERINO et al, *individually and on behalf of others similarly situated*,

                        *Plaintiff*,

      -against-                             **Case No.** 20-cv-07235-GHW

KIANELY WINES & LIQUORS INC. (D/B/A          **DEFAULT JUDGMENT**
KIANELY LIQUOR STORE), EULOGIO ESPINAL,
and MIRIAM ESPINAL,

                       *Defendants*.
------------------------------------------------------------------X

On September 4, 2020, this action was commenced by Plaintiff's filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendants Kianely Wines & Liquors Inc. (d/b/a Kianely Wine & Liquor Store), Eulogio Espinal, and Miriam Espinal said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff has judgment against Defendant Corporation Kianely Wines & Liquors Inc. (d/b/a Kianely Wine & Liquor Store), Eulogio Espinal, and Miriam Espinal in the amount of $807,201.59, including compensatory damages and permissible liquidated damages.

That the Plaintiff is awarded attorneys' fees in the amount of $4,851.25 and costs in the amount of $601.53.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending,

whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated: New York, New York

ISSUED: _____

                                                        _____
                                                               JUDGE GREGORY H. WOODS
                                                                UNITED STATES DISTRICT JUDGE

To:

Kianely Wines & Liquors Inc. (d/b/a Kianely Wine & Liquor Store)
1442 University Ave
Bronx, NY 10452

Eulogio Espinal
(c/o Kianely Wine & Liquor Store)
1442 University Ave
Bronx, NY 10452

Miriam Espinal
(c/o Kianely Wine & Liquor Store)
1442 University Ave
Bronx, NY 10452