UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE SEVERINO, *individually and on behalf of others similarly situated*,

                              *Plaintiff*,

            -against-

KIANELY WINES & LIQUORS INC. (D/B/A KIANELY LIQUOR STORE), EULOGIO ESPINAL, and MIRIAM ESPINAL,

                              *Defendants*.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2021

**Case No.** 20-cv-07235-GHW

**DEFAULT JUDGMENT**

      On September 4, 2020, this action was commenced by Plaintiff's filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendants Kianely Wines & Liquors Inc. (d/b/a Kianely Wine & Liquor Store), Eulogio Espinal, and Miriam Espinal, said Defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

      NOW, on motion of Plaintiff, by his attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED, AND DECREED:

      That the Plaintiff has judgment against Defendant Corporation Kianely Wines & Liquors Inc. (d/b/a Kianely Wine & Liquor Store) and Individual Defendants Eulogio Espinal and Miriam Espinal, in the amount of $913,179.80, including compensatory damages, permissible liquidated damages, and prejudgment interest.

      That the Plaintiff is awarded attorneys' fees in the amount of $4,196.25 and costs in the amount of $601.53.

      That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending,

whichever is later, the total amount of judgement shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Plaintiff is directed to serve this order on Defendants and to file proof of service on the docket.

The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

SO ORDERED.

Dated: March 8, 2021
New York, New York

                                              JUDGE GREGORY H. WOODS
                                              UNITED STATES DISTRICT JUDGE

To:

Kianely Wines & Liquors Inc. (d/b/a Kianely Wine & Liquor Store)
1442 University Ave
Bronx, NY 10452

Eulogio Espinal
(c/o Kianely Wine & Liquor Store)
1442 University Ave
Bronx, NY 10452

Miriam Espinal
(c/o Kianely Wine & Liquor Store)
1442 University Ave
Bronx, NY 10452