UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JOSE SEVERINO,
*individually and on behalf of others similarly situated,*

                             *Plaintiff,*                    No. 20-cv-07235-GHW

Plaintiffs,                              **SATISFACTION OF JUDGMENT**

-against-

KIANELY WINES & LIQUORS INC.
(D/B/A KIANELY WINE & LIQUOR
STORE), EULOGIO ESPINAL, and MIRIAM ESPINAL,

Defendants.

------------------------------------x

      WHEREAS, a judgment was entered in the above action on the 8th day of March 2021, in favor of Plaintiff JOSE SEVERINO against Defendants KIANELY WINES & LIQUORS INC. (D/B/A KIANELY WINE & LIQUOR STORE), EULOGIO ESPINAL, and MIRIAM ESPINAL, in the amount of $917,977.58, and said judgment with interest and costs thereon having been compromised and fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
       March 2̲1̲, 2023

                                            _____
                                            Catalina Sojo, Esq.
                                            CSM LEGAL, P.C.
                                            60 East 42nd St. Suite 4510
                                            New York, NY 10165
                                            Tel: (212) 317-1200; Fax: (212) 317-1620
                                            Email: catalina@csm-legal.com

*Attorneys for Plaintiff*

STATE OF NEW YORK )
                            ) ss.:
COUNTY OF NEW YORK )

On the 21st day of March, 2023, before me personally came Catalina Sojo, to me known and known to be the Managing Partner of the firm of CSM Legal, P.C., attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

*Jarret Bodo*

Notary Public

[Notary seal: Jarret Thomas Bodo, State of New York, Notary Public, Qualified in New York County, 02BO6418599, My Commission Expires 06/14/2025]